FILED
MAY 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Mireya VIZCARRA, Defendant. | Magistrate Case No. '08 MJ 8371 COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about May 4, 2008, within the Southern District of California, defendant Mireya VIZCARRA, did knowingly and intentionally import approximately 23.12 kilograms (50.86 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, ON THIS 5th DAY OF MAY, 2008

William McCurine
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Mireya VIZCARRA

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On May 4, 2008, at approximately 0530 hours, Mireya VIZCARRA, applied for admission into the United States from Mexico, at the Calexico, California, West Port of Entry. VIZCARRA was the driver and registered owner of a 2003 Mercedes Benz.

VIZCARRA presented her United States passport to Customs and Border Protection Officer (CBPO) J. VanArsdall. VIZCARRA gave a negative Customs declaration and stated to CBPO VanArsdall that she was only bringing back her personal belongings after she went to Mexico to visit some friends for the weekend and was returning home to Bloomington, California. When CBPO VanArsdall asked VIZCARRA if the vehicle belonged to her, VIZCARRA stated that the vehicle did belong to her. When VIZCARRA opened the trunk during the cursory inspection, CBPO VanArsdall observed that the trunk was unusually clean and noticed a smell similar to that of bondo coming from the trunk area. VIZCARRA and the vehicle were referred to the vehicle secondary area for further inspection.

In vehicle secondary, Canine Enforcement Officer S. Parrish was requested to utilize his Narcotic Detector Dog (NDD) to inspect the vehicle. The NDD alerted to an odor of narcotics emanating from the trunk area of the vehicle. CBPO J. Rondan used a hand-held fiber optic probe to inspect the interior of the gas tank. CBPO noticed a discrepancy in the form of a rusty colored box inside the gas tank. A contractor was requested, and after removing the left rear tire, an access panel opening was revealed leading to the gas tank. Further inspection revealed a total of twenty-one (21) packages which were removed from the hidden compartment inside the gas tank.

CBPO Rondon probed one of the packages and a sample of a white powdery substance was extracted, that field-tested positive for cocaine. The 21 packages had a combined net weight of approximately 23.12 kilograms (50.86 pounds) of cocaine.