**JAMES M.V. FITZPATRICK**
**Attorney at Law**
**California State Bar No. 125313**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101**
**Telephone: 619.234-3422**
**Facsimile: 619.234.3163**

Attorney for Defendant
MIREYA VIZCARRA

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MIREYA VIZCARRA,<br>Defendant. | Case No. 08MJ8371<br>**SUBSTITUTION OF ATTORNEY** |

Defendant, MAYERA VIZCARRA, hereby substitutes JAMES M.V. FITZPATRICK, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone No. (619) 234-3422, as Attorney of Record in place and stead of Charles Rees, Esq.

DATED: May 14, 2008. [signature]
MIREYA VIZCARRA

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 5.15.08 [signature]
CHARLES REES